# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER STAROSCIK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE LINCOLN LIFE INSURANCE CO.,<br><br>　　　　Defendant. | Case No. 8:15-cv-212<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties Stipulation for Dismissal (Filing No. 14). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Parties will pay their own costs. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation for Dismissal (Filing No. 14) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 20th day of October, 2015

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　Senior United States District Judge

DOCS/1524432.1